1446

## MOTION DOCKET

94–1699. State v. Bonnor. *Cuyahoga County*, No. 65287. On motion for leave to file delayed appeal. Motion denied.